## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDWON KYSER, an individual, )<br>)<br>Plaintiff, )<br>)<br>v.                                   )<br>)<br>D.J.F. SERVICES, INC.              )<br>)<br>Defendant.        ) | Case No. CIV-16-542-KEW |

### ADMINISTRATIVE CLOSING ORDER

This Court acknowledges the telephonic announcement by Plaintiff's counsel advising that this case has settled. The parties, however, require additional time to finalize the settlement documents. In an effort to effectively manage this Court's calendar and prevent the unnecessary expenditure of resources by the Court and the parties, this case will be administratively closed pending the filing of the settlement documents in the case.

IT IS THEREFORE ORDERED that the Clerk administratively close this action in his records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation, order, or judgment, for any other purpose required to obtain a final determination of the proceedings, or for any purpose designated in the settlement agreement between the parties. But, in any event, Plaintiff shall submit a judgment, stipulation of dismissal, or other closing document no later than **DECEMBER 29, 2017.** Should Plaintiff fail to file one of these

documents by this date or seek an extension of the deadline for submission, the case will be deemed dismissed in its entirety.

IT IS SO ORDERED this 14th day of December, 2017.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE