N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **EDWON KYSER, an individual** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO. 16-CV-542-KEW |
| | ) |
| **D.J.F. SERVICES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), all parties to this action stipulate that this action, including counterclaims, is to be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Terry A. Hall
Terry A. Hall, OBA #10668
PO Box 283
1530 N Harrison
Shawnee, Oklahoma 74804
(405) 260-9329
(405) 260-9330 (facsimile)
thall@okhnhlaw.com
ATTORNEY FOR PLAINTIFF


/s/ Alex C. Wilson
(signed by permission)
Alex C. Wilson, OBA No. 31433
Rusty Smith, OBA No. 19575
**BRENNAN, SMITH & CHERBINI, PLLC**
P. O. Box 1067
Muskogee, Oklahoma 74402-1067
Telephone: (918) 687-4400
Facsimile: (918) 687-4430
awilson@muskogeelawyers.com
rsmith@muskogeelawyers.com
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

    I certify that on the 28th day of December, 2017 I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Rusty Smith and Alex Wilson.

                              /s/ Terry A. Hall